UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
April 28, 2005

No. 05-4206
CR-03-76

FILED
CHARLOTTE, N. C.

-- 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

VALETIN VILLARREAL, JR.

    Defendant - Appellant

---------
O R D E R
---------

    The Court appoints Richard Andrew Culler, Esq. of Charlotte, NC as counsel for the appellant pursuant to the provisions of the Criminal Justice Act.

    For the Court - By Direction

    /s/ Patricia S. Connor
    _____
    CLERK

Nunc Pro Tunc Date: 2/15/05